UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62338-CIV-SMITH

KRISTIN ROARK.

   Plaintiff,

vs.

PETRO SERVICES, INC
d/b/a/ SHELL GAS STATION

   Defendant.
_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

  This matter is before the Court on the Final Mediation Report [DE 17], indicating that this matter has been settled. Upon consideration, it is hereby

  ORDERED that

  (1) The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **July 10, 2021.** Failure to comply with this Order may result in the final dismissal of this case.

  (2) All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

  (3) This case is **CLOSED**.

  DONE and ORDERED in Fort Lauderdale, Florida, this 10th day of June, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record