UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62338 -CIV-SMITH

KRISTIN ROARK,

      Plaintiff,

v.

PETRO SERVICES, INC.
d/b/a SHELL GAS STATION,

      Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice [DE19].  Upon consideration, it is

**ORDERED** that:

1. This matter is **DISMISSED with prejudice.**

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are **DENIED as moot.**

4. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 9th day of July 2021.

*[Signature]*

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to: Counsel of Record